UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARNELL CURTIS,<br><br>        Plaintiff,<br><br>vs.<br><br>BUCKLEY, et al.,<br><br>        Defendants. | 1:06-cv-00230-OWW-LJO-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DENYING MOTION FOR COURT ORDER MANDATING LAW LIBRARY ACCESS AND COURTESY COPIES**<br><br>(Docs. 8 and 12) |

    Plaintiff Parnell Curtis ("plaintiff"), a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On August 17, 2006, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff and which contained notice to plaintiff that any objection to the Findings and Recommendations was to be filed within thirty days. To date, plaintiff has not filed an objection to the Magistrate Judge's Findings and Recommendations.

//

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed August 17, 2006, is ADOPTED IN FULL; and,

2. Plaintiff's motion for a court order requiring prison officials provide him with law library access and seeking courtesy copies, filed April 28, 2006, is DENIED.

IT IS SO ORDERED.

**Dated:   November 10, 2006**              /s/ Oliver W. Wanger
emm0d6                                       UNITED STATES DISTRICT JUDGE