UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PARNELL CURTIS, | ) | 1:06-cv-00230-OWW-NEW (DLB) (PC) |
| Plaintiff, | ) | |
| v. | ) | ORDER GRANTING EXTENSION OF TIME TO FILE OBJECTIONS |
| BUCKLEY, et al., | ) | (DOCUMENT #21) |
| Defendants. | ) | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On June 7, 2007, plaintiff filed a motion to extend time to file Objections to Findings and Recommendations. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted **thirty (30) days** from the date of service of this order in which to file Objections to Findings and Recommendations.

IT IS SO ORDERED.

Dated:   **July 10, 2007**            /s/ Dennis L. Beck
                                      UNITED STATES MAGISTRATE JUDGE