# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARNELL CURTIS,<br><br>        Plaintiff,<br><br>    v.<br><br>BUCKLEY, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:06-cv-00230-OWW-NEW (DLB) PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DISMISSING CERTAIN CLAIMS AND DEFENDANTS<br><br>(Doc. 20) |

Plaintiff Parnell Curtis ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On May 8, 2007, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff and which contained notice to plaintiff that any objection to the Findings and Recommendations was to be filed within thirty days. After obtaining an extension of time, plaintiff filed an Objection to the Findings and Recommendations on August 15, 2007.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed May 8, 2007, is adopted in full;

///

///

2. This action shall proceed on plaintiff's amended complaint, filed December 29, 2006, against defendants Alverez and Munoz for retaliating against plaintiff, in violation of the First Amendment;

3. Plaintiff's Fourteenth, Eighth, Sixth, Fifth, and Fourth Amendment claims, and plaintiff's First Amendment claim against defendants Fujioka, Salinas, Buckley, and Sheppard-Brooks are dismissed, with prejudice, for failure to state a claim upon which relief may be granted under section 1983;

4. Plaintiff's claims for equitable relief are dismissed for failure to state a claim; and

5. Defendants Fujioka, Salinas, Buckley, and Sheppard-Brooks are dismissed from this action based on plaintiff's failure to state any claims upon which relief may be granted against them under section 1983.

IT IS SO ORDERED.

Dated:   August 24, 2007                        /s/ Oliver W. Wanger
                                          UNITED STATES DISTRICT JUDGE