# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARNELL CURTIS,<br><br>         Plaintiff,<br><br>    v.<br><br>BUCKLEY, et al.,<br><br>         Defendants. | CASE NO. 1:06-cv-00230-OWW-NEW (DLB) PC<br><br>ORDER FINDING SERVICE OF AMENDED COMPLAINT APPROPRIATE, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS<br><br>(Doc. 18) |

Plaintiff Parnell Curtis ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on February 28, 2006. The court screened plaintiff's amended complaint pursuant to 28 U.S.C. § 1915A and found that it states a cognizable claim for relief under section 1983 against defendants Alverez and Munoz for retaliating against plaintiff, in violation of the First Amendment.[1] Fed. R. Civ. P. 8(a); Swierkiewicz v. Sorema N. A., 534 U.S. 506, 512-15 (2002); Austin v. Terhune, 367 F.3d 1167, 1171 (9th Cir. 2004); Jackson v. Carey, 353 F.3d 750, 754 (9th Cir. 2003); Galbraith v. County of Santa Clara, 307 F.3d 1119, 1125-26 (9th Cir. 2002). Accordingly, it is HEREBY ORDERED that:

---

[1] On August 27, 2007, plaintiff's Fourteenth, Eighth, Sixth, Fifth, and Fourth Amendment claims, and plaintiff's First Amendment claim against defendants Fujioka, Salinas, Buckley, and Sheppard-Brooks were dismissed, with prejudice, for failure to state a claim upon which relief may be granted under section 1983; plaintiff's claims for equitable relief were dismissed for failure to state a claim; and defendants Fujioka, Salinas, Buckley, and Sheppard-Brooks were dismissed from this action based on plaintiff's failure to state any claims upon which relief may be granted against them under section 1983. (Doc. 24.)

1

1. Service is appropriate for the following defendants:

    C/O J. ALVEREZ

    C/O J. MUNOZ

2. The Clerk of the Court shall send plaintiff two (2) USM-285 forms, two (2) summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the amended complaint filed December 29, 2006.

3. Within **thirty (30) days** from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the court with the following documents:

    a. Completed summons;

    b. One completed USM-285 form for each defendant listed above; and

    c. Three (3) copies of the endorsed amended complaint filed December 29, 2006.

4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.

IT IS SO ORDERED.

**Dated:   August 30, 2007**                          /s/ **Dennis L. Beck**
                                             UNITED STATES MAGISTRATE JUDGE