IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARNELL CURTIS, | 1:06-cv-230 OWW-GSA (PC) |
| Plaintiff, | ORDER GRANTING MOTION TO EXTEND TIME TO FILE INITIAL RESPONSIVE PLEADING; DECLARATION OF TODD D. IRBY |
| vs. | |
| BUCKLEY, et al., | (DOCUMENT #32) |
| Defendants. | (30) THIRTY DAY DEADLINE |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On December 7, 2007, plaintiff filed a motion to extend time to file Initial Responsive Pleading; Declaration of Todd D. Irby. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty (30) days from the date of service of this order in which to file Initial Responsive Pleading; Declaration of Todd D. Irby.

IT IS SO ORDERED.

**Dated: January 3, 2008**                              **/s/ Gary S. Austin**
                                                         UNITED STATES MAGISTRATE JUDGE