IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARNELL CURTIS, | 1:06-cv-00230-OWW-GSA PC |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND TIME TO FILE OPPOSITION TO DEFENDANTS' MOTION TO DISMISS |
| vs. | |
| BUCKLEY, et al., | (DOCUMENT #36) |
| Defendants. | SIXTY DAY DEADLINE |

On February 25, 2008, plaintiff filed a motion to extend time to file an opposition to defendants' motion to dismiss, filed on February 4, 2008. (Doc. 34). Good cause having been presented to the Court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted **sixty (60) days** from the date of service of this order in which to file an opposition to defendants' motion to dismiss.

IT IS SO ORDERED.

Dated:   **March 14, 2008**            /s/ **Gary S. Austin**
                                UNITED STATES MAGISTRATE JUDGE