# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARNELL CURTIS,<br><br>        Plaintiff,<br><br>    v.<br><br>BUCKLEY, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:06-cv-00230-OWW-GSA PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DENYING DEFENDANTS' MOTION TO DISMISS<br><br>(Docs. 34 and 38)<br><br>ORDER REQUIRING DEFENDANTS TO FILE RESPONSE TO AMENDED COMPLAINT WITHIN THIRTY DAYS |

      Plaintiff Parnell Curtis ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

      On May 2, 2008, the Magistrate Judge filed a Findings and Recommendations herein which was served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty days. The parties did not file objections.

      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

///

///

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed May 2, 2008, is adopted in full;
2. Defendants' motion to dismiss, filed February 4, 2008, is DENIED, without prejudice; and
3. Defendants shall file a response to the amended complaint within **thirty (30) days** from the date of service of this order.

IT IS SO ORDERED.

**Dated:   June 14, 2008**              /s/ Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE