1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

PARNELL CURTIS,                              1:06-cv-00230-OWW-GSA (PC)

        Plaintiff,                          ORDER GRANTING FIRST MOTION
                                             TO EXTEND TIME TO FILE RESPONSE
    vs.                                      TO AMENDED COMPLAINT

BUCKLEY, et al.,                             (DOCUMENT #42)

        Defendants.                         THIRTY-DAY DEADLINE

_____/

     On  July 11, 2008, Defendants filed a motion seeking an extension of time to file their

response to Plaintiff's amended complaint.  Good cause having been presented to the Court and

GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

     Defendants are granted **thirty (30) days** from the date of service of this order in which

to file their response to Plaintiff's amended complaint.


     IT IS SO ORDERED.

    **Dated:**    **July 17, 2008**            **/s/ Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE