IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Parnell Curtis,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Buckley, et al.,<br><br>　　　　　Defendants. | No. 06-CV-00230-SMM<br><br>**ORDER** |

　　　　Before the Court is the parties' Stipulation for Referral to Mediation and Stay of Proceedings (Dkt. 57). The parties have conferred and agree that there exists the possibility of prompt resolution through mediation. Therefore, the parties have agreed that this matter may be referred to the Prisoner Pro Se Settlement Program for mediation, and the proceedings may be stayed pending the outcome of mediation.

　　　　Accordingly,

　　　　**IT IS HEREBY ORDERED** that the parties' Stipulation for Referral to Mediation and Stay of Proceedings (Dkt. 57) is **GRANTED**.

　　　　**IT IS FURTHER ORDERED** that this matter is referred to the Prisoner Pro Se Settlement Program for mediation.

　　　　**IT IS FURTHER ORDERED** that the proceedings are stayed until **October 9, 2009**. Should the parties need more time for consideration, the parties may move to extend the stay.

1  **IT IS FURTHER ORDERED** that the parties shall keep the Court apprised of the
2  outcome of mediation. The parties shall file a status report within **10 days** of the mediation,
3  or if settlement is reached, the parties shall file a Notice of Settlement with the Court.
4  DATED this 7th day of August, 2009.

Stephen M. McNamee
United States District Judge