IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Parnell Curtis,            ) | No. 06-CV-00230-SMM |
|               Plaintiff,   ) | **ORDER** |
| vs.                        ) | |
| Buckley, et al.,           ) | |
|               Defendants.  ) | |

Before the Court is Defendant's Request for Modification of Order to Extend Temporary Stay Until After Mediation (Dkt. 60). Previously, the Court ordered a temporary stay of this matter until October 9, 2009 in order for the parties to participate in mediation. A mediation is now scheduled before Magistrate Judge Craig M. Kellison on January 20, 2010, at 1:00 p.m. at North Kern State Prison in Delano, California.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Request for Modification of Order to Extend Temporary Stay Until After Mediation (Dkt. 60) is **GRANTED**.

**IT IS FURTHER ORDERED** that the proceedings are stayed until **January 31, 2010**.

///

///

///

1    **IT IS FURTHER ORDERED** that the parties shall keep the Court apprised of the
2    outcome of mediation.  The parties shall file a status report within **10 days** of the mediation,
3    or if settlement is reached, the parties shall file a Notice of Settlement with the Court.
4       DATED this 18th day of August, 2009.

Stephen M. McNamee
United States District Judge