# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Parnell Curtis, | 1:06-cv-00230-SMM |
| Plaintiff, | **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT PARNELL CURTIS, CDC # H-09068, PLAINTIFF** |
| vs. | |
| Buckley, et al., | DATE: January 20, 2010 |
| Defendants. | TIME: 1:00 p.m. |

**PARNELL CURTIS**, inmate, CDC# H-09068, a necessary party in proceedings in this case on January 20, 2010, is confined at the California Correctional Institution in Tehachapi, 24900 Highway 202, Tehachapi, California 93561, in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to transfer the inmate to North Kern State Prison in Delano, California so that he may participate in a mediation of this matter at North Kern State Prison on January 20, 2010, at 1:00 p.m. before Magistrate Judge Craig M. Kellison.

### ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to appear before Magistrate Judge Craig M. Kellison at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

To: The Warden of California Correctional Institution - Tehachapi, 24900 Highway 202, Tehachapi, California 93561:

**WE COMMAND** you to produce the inmate named above before the United States Magistrate Judge at the time and place above, and from day to day until completion of the proceedings, or as ordered by the court; and thereafter to return the inmate to the above institution.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED this 18th day of August, 2009.

_Stephen M. McNamee_
Stephen M. McNamee
United States District Judge