UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Parnell Curtis,

        Plaintiff,            No. 1:06-CV-0230-SMM

  vs.

Buckley, et al.,

        Defendants.        **ORDER & WRIT OF HABEAS CORPUS**
                                                                              **AD TESTIFICANDUM**

        Parnell Curtis, inmate # H-09068, a necessary and material witness in proceedings in this case on January 21, 2010, is confined in California Correctional Institution, 24900 Highway 202, Tehachapi, California, 93561, in the custody of Warden Fernando Gonzalez; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Craig M. Kellison at North Kern State Prison, 2737 West Cecil Avenue, Delano, California, 93215 on January 21, 2010 at 9:00 a.m.

        ACCORDINGLY, IT IS ORDERED that:

        1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a mediation conference at the time and place above, until completion of the mediation conference or as ordered by Judge Kellison; and thereafter to return the inmate to the above institution;

        2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

        3.  The Clerk of the Court is directed to serve a courtesy copy of this order and writ of habeas corpus ad testificandum on the Out-To-Court Desk, North Kern State Prison, P.O. Box 567, Delano, California 93216.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Warden, Fernando Gonzalez, California Correctional Institution, P.O. Box 1031, Tehachapi, California, 93581:**

        **WE COMMAND** you to produce the inmate named above to testify before Judge Kellison at North Kern State Prison at the time and place above, until completion of the mediation conference or as ordered by Judge Kellison; and thereafter to return the inmate to the above institution.

        **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

        DATED this 4th day of January, 2010.

                                          Stephen M. McNamee
                                          United States District Judge