IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Parnell Curtis,

        Plaintiff,         No. 1:06-CV-0230-SMM

   vs.

Buckley, et. al.,

        Defendants.       ORDER CONTINUING SETTLEMENT CONFERENCE TO MARCH 10, 2010 AT CALIFORNIA STATE PRISON, LOS ANGELES COUNTY

_____/

     Plaintiff is a prisoner proceeding pro se with an action under 42 U.S.C. § 1983. This case was set for settlement conference on January 21, 2010 before United States Magistrate Judge Craig M. Kellison at North Kern State Prison. Due to poor traveling conditions, the settlement conference is continued from January 21, 2010 to March 10, 2010 at California State Prison, Los Angeles County. An order and writ of habeas corpus ad testificandum requiring the Warden of California Correctional Institution to produce Plaintiff for the settlement conference on March 10, 2010, will be issued concurrently with this order.

     In accordance with the above, IT IS HEREBY ORDERED that:

     1.     The settlement conference set in this case is continued from January 21, 2010 to March 10, 2010 at California State Prison, Los Angeles County.

1

2. The Clerk's Office shall serve by facsimile a copy of this order, along with a copy of the order and writ of habeas corpus ad testificandum issued concurrently with this order, on the Litigation Office and Out-To-Court Desk at California State Prison, Los Angeles County, and CDCR Transportation.

DATED this 16th day of February, 2010.



Stephen M. McNamee
United States District Judge