IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Parnell Curtis,<br><br>    Plaintiff,<br><br>vs.<br><br>Buckley, et al.,<br><br>    Defendants. | No. 1:06-CV-00230-SMM<br><br>**ORDER** |

Before the Court is Plaintiff's Status Report (Dkt. 71) pursuant to the Court's prior orders requiring the parties to keep the Court apprised of the outcome of the mediation (Dkts. 58, 61). Also before the Court is Plaintiff's Ex Parte Letter (Dkt. 70). The parties participated in a mediation on March 10, 2010 before Magistrate Judge Craig M. Kellison. Plaintiff reports that the parties met and conferred, but they were unable to reach an agreement. As such, the Court will hold a status conference in order to discuss the progress of the case, a lift of the stay, and a modification of the scheduling order.

Plaintiff also filed an Ex Parte Letter (Dkt. 70) regarding the poor quality of the photocopies made for his exhibits attached to the status report. He alleges that the legal officer intentionally made the photocopies extremely light as a form of retaliation. These allegations are not part of this lawsuit, and therefore, the Court will disregard them.

///

///

1  Accordingly,

2  **IT IS HEREBY ORDERED** that a telephonic status conference is set for **Monday,
3  April 26, 2010 at 2:30 p.m.**[1] Defense counsel shall initiate a conference call and secure
4  Plaintiff on the line before telephoning Judge McNamee's chambers at (602) 322-7555, no
5  later than 2:25 p.m., on April 26, 2010.

6  DATED this 14th day of April, 2010.

_____
Stephen M. McNamee
United States District Judge

---

[1] Currently, Arizona and California have the same time.