IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Parnell Curtis,<br><br>    Plaintiff,<br><br>vs.<br><br>Buckley, et al.,<br><br>    Defendants. | No. 1:06-CV-00230-SMM<br><br>**ORDER** |

The Court held a status conference on April 26, 2010. The parties continue to discuss the possibility of settlement. Defense counsel will send Plaintiff a brief about the California statute, requiring that state funds awarded for a prisoner civil rights suit be paid first towards restitution before being paid to an inmate. The Court will provide the parties additional time to consider settlement before the next status conference.

Accordingly,

**IT IS HEREBY ORDERED** that defense counsel will send Plaintiff the brief described above by **May 7, 2010**.

**IT IS FURTHER ORDERED** that a telephonic status conference is set for **Monday, May 24, 2010 at 2:00 p.m.**[1] Defense counsel shall initiate a conference call and secure

---

[1] Currently, Arizona and California have the same time.

1  Plaintiff on the line before telephoning Judge McNamee's chambers at (602) 322-7555, no
2  later than 1:55 p.m., on May 24, 2010.
3       DATED this 26th day of April, 2010.

_____
Stephen M. McNamee
United States District Judge