IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Parnell Curtis, | ) | No. 1:06-CV-00230-SMM |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Buckley, et al., | ) | |
| Defendants. | ) | |

Pursuant to the status conference held on May 24, 2010,

**IT IS HEREBY ORDERED** that the stay of the case is lifted.

**IT IS FURTHER ORDERED** that Plaintiff must submit any discovery requests to Defendants by **July 9, 2010**, and defense counsel must respond to them within **30 days.**

**IT IS FURTHER ORDERED** that any dispositive motions are due by **September 10, 2010.**

DATED this 25th day of May, 2010.

Stephen M. McNamee
United States District Judge