IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Parnell Curtis,<br><br>       Plaintiff,<br><br>vs.<br><br>Buckley, et al.,<br><br>       Defendants. | No. 1:06-CV-00230-SMM<br><br>**ORDER** |

   Pending before the Court is Plaintiff Parnell Curtis' Motion for Stay in Proceeding and Extension of Time to File Plaintiff's Opposition in Response to Defendants' Motion for Summary Judgment dated November 21, 2010 (Doc. 94, filed December 7, 2010). Plaintiff was instructed in the Court's November 2, 2010 Order that he was required to file his Response by December 2, 2010.

   In his motion, Plaintiff asks for a stay and extension of time because he was transferred from the California Correctional Institution and the California State Prison Solano to the California State Prison Sacramento on August 24, 2010. Plaintiff was required to leave personal property behind, including documents necessary for filing his opposition. He requested those documents on September 2, 2010. On September 24, 2010 California Correctional Institute officials notified Plaintiff that his property had been located. Plaintiff still awaits these necessary documents from the transfer in order to complete his response to Defendants' Motion.

1       There is no need to stay the proceeding at this point. However, to avoid
2 prejudicing Plaintiff, the Court will allow Plaintiff an additional 30 days to obtain the
3 documents from the California Correctional Institute and 30 days to complete his Response
4 to Defendants' motion for summary judgment.

5       Accordingly,

6       **IT IS HEREBY ORDERED DENYING** Plaintiff's Request for Stay in
7 Proceeding and **GRANTING** Plaintiffs' Request for a 60 day Extension of Time to File
8 Plaintiff's Opposition in Response to Defendants' Motion for Summary Judgement. Plaintiff
9 must file his response by February 2, 2011.

10       **IT IS FURTHER ORDERED** that Plaintiff shall notify the Court if he has not
11 received the necessary documents from within 30 days.

12       DATED this 8th day of December, 2010.

*[signature]*

Stephen M. McNamee
United States District Judge